# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL ROMAN, JIQUELLE KINNARD, and ANTHONY HAYWARD, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCE TELECOM, LLC, COMAST CORPORATION; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Civil Action No. 1:21-cv-00693<br><br>(Judge Christopher C. Conner) |

**DEFENDANT PRINCE TELECOM, LLC'S MOTION TO DISMISS NAMED PLAINTIFFS MANUEL ROMAN AND ANTHONY HAYWARD AND OPT-IN PLAINTIFFS MICHAEL FAUNTLEROY, AARON MCMULLEN, OSHANE MORRIS, KEVIN MURPHY, HAMILTON NEGRON, PEDRO ORTEGA AND VLADIMIR PIERRE OR, ALTERNATIVELY, TO STAY THEIR CLAIMS IN THIS ACTION AND COMPEL ARBITRATION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and Federal Rule of Civil Procedure 12(b), Defendant Prince Telecom, LLC ("Prince") respectfully submits this motion to dismiss Named Plaintiffs Manuel Roman and Anthony Hayward and Opt-In Plaintiffs Michael Fauntleroy, Aaron McMullen,

Oshane Morris, Kevin Murphy, Hamilton Negron, Pedro Ortega, and Vladimir Pierre (collectively "Arbitration Plaintiffs") or, alternatively, to stay their claims in this case and compel them to individual arbitration.[1]

Dated: May 21, 2021

Respectfully submitted,

*s/ Robert W. Pritchard*
Robert W. Pritchard, Bar No. 76979
rpritchard@littler.com
Christopher Michalski, Bar No. 93236
cmichalski@littler.com
Sarah J. Miley, Bar No. 314830
smiley@littler.com
Christian A. Angotti, Bar No. 322881
cangotti@littler.com

LITTLER MENDELSON P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
PH: 412.201.7628/7634/7669/7623
FX: 412.456.2377

*Attorneys for Defendant*
*Prince Telecom, LLC*

---

[1] Named Plaintiff Jiquelle Kinnard and Opt-In Plaintiff General Creddille were not employed at the time Prince offered the Arbitration Agreement to employees. This motion does not apply to these Plaintiffs.

# CERTIFICATE OF NONCONCURRENCE

Per Local Rule 7.1, counsel for Defendant Prince Telecom, LLC certifies that they sought concurrence in this Motion from each party. Plaintiffs have not given their concurrence. Defendants Comcast Corporation and Comcast Cable Communications Management, LLC have given their concurrence.

*s/ Robert W. Pritchard*
Robert W. Pritchard

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2021, a copy of the foregoing DEFENDANT PRINCE TELECOM, LLC'S MOTION TO DISMISS NAMED PLAINTIFFS MANUEL ROMAN AND ANTHONY HAYWARD AND OPT-IN PLAINTIFFS MICHAEL FAUNTLEROY, AARON MCMULLEN, OSHANE MORRIS, KEVIN MURPHY, HAMILTON NEGRON, PEDRO ORTEGA AND VLADIMIR PIERRE OR, ALTERNATIVELY, TO STAY THEIR CLAIMS IN THIS ACTION AND COMPEL ARBITRATION was filed using the Middle District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*s/ Robert W. Pritchard*
Robert W. Pritchard

4834-4943-6903.1 / 053127-1030