IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL ROMAN, JIQUELLE KINNARD, and ANTHONY HAYWARD, individually and on behalf of all persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>PRINCE TELECOM, LLC, COMCAST CORPORATION, and COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC,<br><br>Defendant. | Civil Action No. 1:21-cv-00693-CCC |

**DEFENDANTS COMCAST CORPORATION AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S MOTION TO DISMISS THE CLAIMS OF NAMED PLAINTIFFS MANUEL ROMAN AND ANTHONY HAYWARD AND OPT IN PLAINTIFFS MICHAEL FAUNTLEROY, KEVIN MURPHY, AARON MCMULLEN, HAMILTON NEGRON, PEDRO ORTEGA, OSHANE MORRIS AND VLADIMIR PIERRE OR, ALTERNATIVELY, TO STAY THEIR CLAIMS <u>AND COMPEL ARBITRATION</u>**

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and Federal Rule of Civil Procedure 12(b), Defendants Comcast Corporation and Comcast Cable Communications Management, LLC respectfully submit this motion to dismiss the claims of Named Plaintiffs Manuel Roman and Anthony Hayward and Opt-In Plaintiffs Michael Fauntleroy, Aaron McMullen, Oshane Morris, Kevin Murphy, Hamilton Negron, Pedro Ortega, and Vladimir Pierre (collectively

"Arbitration Plaintiffs") or, alternatively, to stay their claims in this case and compel them to individual arbitration.

Dated:     May 27, 2021                    MORGAN, LEWIS & BOCKIUS LLP

                                           By: /s/ Michael J. Puma
                                               Michael J. Puma (admitted *pro hac vice*)
                                               Emily Reineberg, Bar No. 324183
                                               michael.puma@morganlewis.com
                                               emily.reineberg@morganlewis.com
                                               1701 Market Street
                                               Philadelphia, PA  19103-2921
                                               Telephone:    +1.215.963.5000
                                               Facsimile:    +1.215.963.5001

                                           *Attorneys for Defendants Comcast Corporation and Comcast Cable Communications Management, LLC*

## **CERTIFICATE OF NONCONCURRENCE**

Per Local Rule 7.1, counsel for Defendants Comcast Corporation and Comcast Cable Communications Management, LLC certifies that they sought concurrence in this Motion from each party. Plaintiffs have not given their concurrence. Defendant Prince Telecom, LLC has given its concurrence.

*/s/ Michael J. Puma*
Michael J. Puma

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing document was filed on the ECF system and therefore served on all counsel of record.

Dated:  May 27, 2021                                      /s/ *Michael J. Puma*